**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1741**

———————

ERICK ALDAIR PORTILLO-SANCHEZ,

        Petitioner,

    v.

JEFFERSON B. SESSIONS III,

        Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted:  March 30, 2017               Decided:  March 9, 2018

———————

Before GREGORY, Chief Judge, and DIAZ and THACKER, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville, Maryland, for Petitioner.  Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Jessie M. Bless, Senior Litigation Counsel, Colette J. Winston, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erick Aldair Portillo-Sanchez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his requests for asylum, withholding of removal and protection under the Convention Against Torture. We have thoroughly reviewed the record and Portillo-Sanchez's claims and conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B)(2012), and that substantial evidence supports the Board's decision. *See INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for the reasons stated by the Board. *See In re Portillo-Sanchez* (B.I.A. June 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*